D. Conn.
25-cv-055
Hall, J.
Manning, B.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty-six.

Present:
> John M. Walker, Jr.,
> Michael H. Park,
> Eunice C. Lee,
> > *Circuit Judges*.

_____

In re The Nash Engineering Company,

> *Debtor*.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

G. Denver and Co., LLC,

> *Interested Party-Appellant*,

The Nash Engineering Company,

> *Debtor*,

v.                                                                          25-2553

George I. Roumeliotis, the chapter 7 trustee of the bankruptcy estate of The Nash Engineering Company, et al.,

> *Movants-Appellees*.

_____

Appellees move to dismiss this appeal as moot under 11 U.S.C. § 363(m). Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is

DISMISSED.  *See In re Pursuit Holdings (NY), LLC*, 845 F. App'x 60, 62–63 (2d Cir. 2021) (summary order).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court